# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-220-538**

EFFECTIVE DATE OF REGISTRATION

**OCT 18 2003**

Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼: Group Registration for Automated Database entitled www.masterfile.com

NATURE OF THIS WORK ▼: Updates from August 12, 2003 to October 17, 2003

Previous or Alternative Titles ▼

Publication as a Contribution: Representative publication date October 17, 2003 (bi-monthly revisions)

**2** NAME OF AUTHOR ▼

a. Masterfile Corporation

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

Nature of Authorship: Revised compilation of photographs and 2-dimensional art

b. See 7 continuation sheets attached

**3**
a. Year in Which Creation of This Work Was Completed: 2003
b. Date and Nation of First Publication of This Particular Work: Month October, Day 17, Year 2003 — Canada & USA

**4** COPYRIGHT CLAIMANT(S)

Masterfile Corporation
175 Bloor Street East, South Tower, 2nd Floor
Toronto, Ontario, Canada M4W 3R8

Transfer: copyright assigned contractually

APPLICATION RECEIVED OCT 18 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED OCT 18 2003
FUNDS RECEIVED

MORE ON BACK ▶     Page 1 of 16 pages

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM VA /CON**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|-----|----|----|----|----|----|-----|

EFFECTIVE DATE OF REGISTRATION

(Month)   (Day)   (Year)
CONTINUATION SHEET RECEIVED

Page _____ of _____ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Group Registration for Automated Database entitled www.masterfile.com

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario M4W 3R8

**B** Continuation of Space 2

**d** _____

NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** _____

NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** _____

NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6   (Space 2) Page 1 of 7 pages

Image range: 700-182605 to 700-189838 and 810-149934 to 810-181311

## NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire | Continuation of other Spaces |
|---|---|---|---|---|---|
| Andrews | J. David | | X | No | |
| Arsenault | Pierre | | X | No | |
| Benard | Joel | | X | No | |
| Bengson | Rommel | | X | No | |
| Benson | Daryl | X | X | No | |
| Birnbach | Allen | | X | No | |
| Black | Garry | X | X | No | |
| Blohm | Hans | | X | No | |
| Boden/Ledingham | Rick&Marilyn | X | X | No | |
| Brasier | Matt | | X | No | |
| Bruderer | Rolf | | X | No | |
| Bruel | Jean-Yves | X | X | No | |
| Burazin | Tom & Becky | X | X | No | |
| Burkhart | Marnie | | X | No | |
| Burrell | Jennifer | | X | No | |
| Chomica | Gloria H. | | X | No | |
| Christopher | Peter | X | X | No | |
| Cody | dk & dennie | | X | No | |
| Cole | Steve | | X | No | |
| Contorakes | George | X | X | No | |
| Cooper | Graeme | | X | No | |
| Craft | Steve | | X | No | |
| Curtis | Ronald M. | | X | No | |
| Davies | Ken | X | X | No | |
| DesRochers | Simon | X | X | No | |
| Dobel | Mike | X | X | No | |
| Dodge | Kevin | | X | No | |
| Dorval | Didier | X | X | No | |
| Eardley | Wayne | | X | No | |
| Edelsten | Owen | X | X | No | |
| Eekhoff | Paul | X | X | No | |
| Ertman | Miles | X | X | No | |
| Fehling | Ron | | X | No | |
| Feingersh | Jon | | X | No | |
| Finlay | Kathleen | | X | No | |
| French | Graham | X | X | No | |
| Foster | Janet | | X | No | |
| Foster | John | | X | No | |

Certificate will be mailed in window envelope to this address:

Name ▼ Masterfile Corporation
Number/Street/Apt ▼ 175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼ Toronto, Ontario, Canada   M4W 3R8

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000



Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper      U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM VA /CON**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

(Month)   (Day)   (Year)
CONTINUATION SHEET RECEIVED

Page _4_ of _15_ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Group Registration for Automated Database entitled www.masterfile.com

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX or VA.)

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario M4W 3R8

**B** — Continuation of Space 2

**d**
NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**
NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**
NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which):  ☐ Space 1   ☐ Space 4   ☐ Space 6   (Space 2)   Page 2 of 7 pages

Image range: 700-182605 to 700-189838 and 810-149924 to 810-181311

C

## NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire | Continuation of other Spaces |
|---|---|---|---|---|---|
| Frazier | Ric | | X | No | |
| Frkovic | Damir | X | X | No | |
| Frymire | Bill | X | X | No | |
| Gifford | Ed | | X | No | |
| Gilchrist | Scott | X | X | No | |
| Gomez | Rick | | X | No | |
| Good | Nora | X | X | No | |
| Grenier | Guy | X | X | No | |
| Griffith | Peter | | X | No | |
| Hall | David P. | | X | No | |
| Hendrickson | Noel | | X | No | |
| Hursey | Dana | X | X | No | |
| I and I | (Pseudonym) | | X | No | |
| JIStock | | X | X | No | |
| JW | (Jeremy Walker) | | X | Yes | |
| Johnston | Chad | | X | No | |
| Klemm | Horst | | X | No | |
| Knox | Elizabeth | X | X | No | |
| Kolb | Andrew | X | X | No | |
| Kraulis | J.A. | X | X | No | |
| Kuhlmann | Brian | X | X | No | |
| Lecorre | Darrell | | X | No | |
| Lee | John | | X | No | |
| Leibowitz | Mark | | X | No | |
| Lincks | Randy | | X | No | |
| Lloyd | R. Ian | | X | No | |
| Mahovlich | Michael | X | X | No | |
| Martin | Alison Barnes | | X | No | |
| Maude | Jeremy | | X | No | |
| McKim | Andrew | X | X | No | |
| Mendelsohn | David | X | X | No | |
| Milich | Zoran | X | X | No | |
| Minsart | Raoul | | X | No | |
| Mooney | Gail | X | X | No | |
| Muir | David | X | X | No | |
| Nardini | David | | X | No | |
| Noton | David | | X | No | |
| Normandin | Albert | | X | No | |

---

Certificate will be mailed in window envelope to this address:

Name ▼  Masterfile Corporation
Number/Street/Apt ▼  175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼  Toronto, Ontario, Canada  M4W 3R8

YOU MUST
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material
MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

D

Rev. June 2002—20,000   Web Rev. June 2002   ⊕ Printed on recycled paper                U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM VA /CON**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

Page 6 of 15 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A — Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Group Registration for Automated Database entitled www.masterfile.com

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario M4W 3R8

**B — Continuation of Space 2**

**d** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which): ☐ Space 1  ☐ Space 4  ☐ Space 6  (Space 2)  Page 3 of 7 pages

Image range: 700-182605 to 700-189838 and 810-149934 to 810-181311

**C** Continuation of other Spaces

## NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Ooms | Roy | X | X | No |
| Ozonas | T. | | X | No |
| Pannell | Tim | | X | No |
| Patterson | Freeman | | X | No |
| Puetzer | Steven | X | X | No |
| Pytlowany | Alec | X | X | No |
| Radford | Kevin | | X | No |
| Rainey | Wayne | | X | No |
| Rankin | Toby | | X | No |
| Reinhart | Bryan | | X | No |
| Robertson | Dave | X | X | No |
| Roman | Min | | X | No |
| Sancho | P. | | X | No |
| Sanders | Dale | X | X | No |
| Schmidt | David | | X | No |
| Schmidt | Eric | | X | No |
| Sidman-Moore | Randi | | X | No |
| Simhoni | George | X | X | No |
| Simon | Marc | X | X | No |
| Smith | Richard | | X | No |
| Stott | Greg | X | X | No |
| Stroud | Ron | X | X | No |
| Stuart | David | | X | No |
| Sutton | Lloyd | X | X | No |
| Sytnyk | Brian | | X | No |
| Tobias | Mitch | | X | No |
| Tomalty | Mark | X | X | No |
| Tremblay | Pierre | X | X | No |
| TSUYOI (pseud) | Scott | | X | No |
| Tysick | Carl | X | | No |
| Valiquet | (Pseudonym) | X | X | No |
| Van Damm, Miep | Douglas E. | | X | No |
| Walker | Roland | X | X | No |
| Weber | Andrew | | X | No |
| Wenzel | Matthew | | X | No |
| Wiley | | X | X | No |

Certificate will be mailed in window envelope to this address:

Name ▼ **Masterfile Corporation**
Number/Street/Apt ▼ **175 Bloor Street East, South Tower, Second Floor**
City/State/ZIP ▼ **Toronto, Ontario, Canada   M4W 3R8**




YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Rev. June 2002—20,000  Web Rev: June 2002  ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM VA /CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

EFFECTIVE DATE OF REGISTRATION

(Month)   (Day)   (Year)
CONTINUATION SHEET RECEIVED

Page __8__ of __15__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
Group Registration for Automated Database entitled www.masterfile.com
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario M4W 3R8

**B** Continuation of Space 2

**d**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which): ☐ Space 1  ☐ Space 4  ☐ Space 6  (Space 2)  Page 4 of 7 pages

Image range: 700-182605 to 700-189838 and 810-149934 to 810-181311

**C** Continuation of other Spaces

## NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Williams | Larry | | X | No |
| Wilson | Dale | X | X | No |
| Woodhouse | Jeremy | | X | No |
| Yan | Wei | X | X | No |
| Young | Robert George | X | X | No |
| Zimmerman | David | | X | No |

---

Certificate will be mailed in window envelope to this address:

Name ▼
Masterfile Corporation

Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor

City/State/ZIP ▼
Toronto, Ontario, Canada   M4W 3R8

**YOU MUST**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

**MAIL TO**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Rev. June 2002—20,000    Web Rev: June 2002   ♻ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

FORM VA /CON
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|-----|----|----|----|-----|----|-----|

EFFECTIVE DATE OF REGISTRATION

_____ (Month)  _____ (Day)  _____ (Year)
CONTINUATION SHEET RECEIVED

Page _10_ of _15_ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Group Registration for Automated Database entitled www.masterfile.com

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario M4W 3R8

**B** Continuation of Space 2

**d** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which):  ☐ Space 1   ☐ Space 4   ☐ Space 6   (Space 2)   Page 5 of 7 pages

Image range: 700-182605 to 700-189838 and 810-149924 to 810-181311

## NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Arden | H. | | X | No |
| Artman | Claire | | X | No |
| Attia | D. | | X | No |
| Auslöser | (Pseudonym) | | X | No |
| Bauer | F. | | X | No |
| Bennemeer | T. | | X | No |
| Bernhard | T. | | X | No |
| Bird | B. | | X | No |
| Bito | (Pseudonym) | X | X | No |
| Bland | M. | | X | No |
| Bodenmueller | F. | | X | No |
| Borges | S. | | X | No |
| Brendgen | S. | | X | No |
| Cats & Withoos | Jolanda & Hans | X | X | No |
| Cayenne | (Pseudonym) | X | X | No |
| Cloud Nine Production | (Pseudonym) | | X | No |
| Deussen | P. | X | X | No |
| Deutsch | M. | X | X | No |
| Edelstein | J. | | X | No |
| Edwards | G. | | X | No |
| Eliane | (Pseudonym) | X | X | No |
| Elstermann | R. | X | X | No |
| Eltinger | O. | | X | No |
| Emely | | X | X | No |
| Erlinger | B. | X | X | No |
| Felix | (Pseudonym) | X | X | No |
| Fotostudio Fm | (Pseudonym) | X | X | No |
| Galvezo | (Pseudonym) | X | X | No |
| Gerth | R. | | X | No |
| Grace | (Pseudonym) | X | X | No |
| Graf | O. | X | X | No |
| Guegan | N. | X | X | No |
| Gui | (Pseudonym) | | X | No |
| Hackenberg | K. | | X | No |
| Hackenberg | Rainer | | X | No |
| Hammid | S. | X | X | No |
| Hatz | I. | | X | No |

Certificate will be mailed in window envelope to this address:

Name ▼ Masterfile Corporation
Number/Street/Apt ▼ 175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼ Toronto, Ontario, Canada M4W 3R8

D

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Rev. June 2002—20,000   Web Rev. June 2002   ♻ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM VA /CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

_____(Month)_____(Day)_____(Year)_____
CONTINUATION SHEET RECEIVED

Page _12_ of _15_ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Group Registration for Automated Database entitled www.masterfile.com

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario M4W 3R8

**B** — Continuation of Space 2

NAME OF AUTHOR ▼
d

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

NAME OF AUTHOR ▼
e

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

NAME OF AUTHOR ▼
f

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which): ☐ Space 1  ☐ Space 4  ☐ Space 6  (Space 2)  Page 6 of 7 pages

Image range: 700-182605 to 700-189838 and 810-149934 to 810-181311

**C** Continuation of other Spaces

## NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Holz | R. | | X | No |
| Hoenig | T. | X | X | No |
| Hofman | Peter | | X | No |
| Horowitz | J. | | X | No |
| Huber/Starke | A. & U. | X | X | No |
| Hubrich | Alexander | | X | No |
| Huettermann | N. | | X | No |
| Imamura | K. | | X | No |
| Inden | A. | | X | No |
| Jones | J. | X | X | No |
| Juenemann | K. | X | X | No |
| Jung | Norman | | X | No |
| Kayoco | (Pseudonym) | | X | No |
| Knobloch | R. | X | X | No |
| Krahmer | F. | | X | No |
| Krecichwost | W. | | X | No |
| Krejci | U. | X | X | No |
| Langemeier | L. | X | X | No |
| Lemmens | Frans | | X | No |
| Leonard | Pete | | X | No |
| Linda | (Pseudonym) | X | X | No |
| Merten | H.P. | | X | No |
| Meyer | Martin | X | X | No |
| Mika | (Pseudonym) | | X | No |
| Miles | J. | X | X | No |
| Möllenberg | M. | | X | No |
| Mueller | T. | X | X | No |
| Newton | (Pseudonym) | | X | No |
| Niven | (Pseudonym) | | X | No |
| Peisl | A. | | X | No |
| Photo-AG | (Pseudonym) | X | X | No |
| Pinto | (Pseudonym) | | X | No |
| Poupinet | E. | | X | No |

---

**Certificate will be mailed in window envelope to this address:**

Name ▼  
Masterfile Corporation  
Number/Street/Apt ▼  
175 Bloor Street East, South Tower, Second Floor  
City/State/ZIP ▼  
Toronto, Ontario, Canada  M4W 3R8

**YOU MUST**
- Complete all necessary spaces
- Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

**MAIL TO**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**



Rev: June 2002—20,000   Web Rev: June 2002   ⓒ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM VA /CON**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

(Month) (Day) (Year)
CONTINUATION SHEET RECEIVED

Page 14 of 15 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Group Registration for Automated Database entitled www.masterfile.com

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX or VA.)

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario  M4W 3R8

## B — Continuation of Space 2

**d**
NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**
NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**
NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which):  ☐ Space 1   ☐ Space 4   ☐ Space 6   (Space 2)   Page 7 of 7 pages

Image range: 700-182605 to 700-189838 and 810-149934 to 810-181311

C — Continuation of other Spaces

## NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Rother | T. | | X | No |
| Rossenbach | G. | | X | No |
| Rutz | M. | | X | No |
| Salter | G. | | X | No |
| Satchan | (Pseudonym) | | X | No |
| Schulte | N. | | X | No |
| Schmidt | C. | | X | No |
| Schmitz-Soehnigen | R. & J. | | X | No |
| Schneider | C. | | X | No |
| Sneider | A. | | X | No |
| Sporrer | B. | | X | No |
| Staebler | G. | | X | No |
| Star | (Pseudonym) | | X | No |
| Stevens | Brian | | X | No |
| Stevenson | C. | X | X | No |
| Taner | Murat | | X | No |
| Templer | Simon | X | X | No |
| Thomsen | M. | | X | No |
| Tobbe | (Pseudonym) | X | X | No |
| Van Beets | R. P. | | X | No |
| Van Leeuwen | B. | | X | No |
| Vincent | (Pseudonym) | | X | No |
| Virgo | (Pseudonym) | | X | No |
| Visbach | Dirk | | X | No |
| Von Hoff | I. | | X | No |
| Welsh | Ben | | X | No |
| Wermter | C | | X | No |
| Westrich | J. | X | X | No |
| Wolff | P. | | X | No |
| Wood | P. | | X | No |
| Zoe | (Pseudonym) | | X | No |

---

Certificate will be mailed in window envelope to this address:

Name ▼ Masterfile Corporation
Number/Street/Apt ▼ 175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼ Toronto, Ontario, Canada  M4W 3R8

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

D

