# EXHIBIT C



http://www.familyimmigration2usa.com/fia_k1.html

# ROTH IMMIGRATION LAW FIRM
## FAMILY IMMIGRATION EXPERTS

LICENSED IN ALL 50 USA STATES

845.623.1100

## FIANCE(E)



K-1 Fiancee Visa   Waivers   Our Standards   Our Services   Our Fee



### Contact Us
- Email us
- Call Us 24/7
- Chat Live With Us
- Hire Us

### Testimonials
Let me thank you and your team for an outstanding job... I am truly amazed with your efficiency and quickness. Again, thanks a million for your great and invaluable help...
» Read More

## Introduction :

If you are a U.S. citizen engaged to a foreign citizen and you are considering marriage, the K-1 visa is likely your best choice for bringing your fiancee to the U.S. to live permanently with you (in fact, it was created exactly for persons in your situation). The K1 Visa allows you to invite your fiancee to America for a period of 90 days, during which time your fiancee must either marry you or return to her home country. No extensions of the time period are permitted. You and your fiancee are not required to marry if things don't work out according to your expectations. If you do not marry your fiancee, you will not be precluded from making a future Fiancee Visa application (although you will have to file an IMBRA waiver if you want to file within two years of the first petition's approval). Your fiancee similarly will not be precluded from receiving another visa in the future.

Permanent residents of the United States are not eligible to file for a K-1 visa.

## Criteria for Approval :

In order to qualify for a Fiancee Visa, you must meet the following main requirements:
- You are a U.S. citizen (there is no comparable visa for permanent residents)
- You have met your fiancee within the previous two years
- You and your fiancee are both legally free to marry
- You and your fiancee both have a serious intention to marry within 90 days of your fiancee's arrival in America.

## Meeting Requirement: Exceptions :

There is a provision in the law that may exempt the petitioner from the meeting requirement "if it is established that compliance would result in extreme hardship to the petitioner or that compliance would violate strict and long-established customs of the K-1 beneficiary's foreign culture or social practice, as where marriages are traditionally arranged by the parents of the contracting parties and the prospective bride and groom are prohibited from meeting subsequent to the arrangement and prior to the wedding day." INA § 214.2(k)(2). Unfortunately, such waivers are very rarely granted by the USCIS. The "extreme hardship" exception has been interpreted by the USCIS to mean something very close to "impossible". It generally is available only to people who are so disabled that they can't fly at all. As for the second grounds for a waiver, very few people qualify for this exception, and those that do often have a difficult time proving it to the government's satisfaction.

## U.S. Citizenship and Immigration Services (USCIS) Phase :

To begin the Fiancee Visa process, the petitioner must first submit an application to the USCIS. The petitioner

