# EXHIBIT D

Network Solutions >> Whois >> Results
Log In

- Search
- Renew
- Transfer
- Features
- Private Registration
- Forward
- WHOIS

# WHOIS Results

You Searched for: familyimmigration2usa.com

Get this domain with an alternate extension now!

.net .org .biz .bz .eu

[Add Selected to Cart]

WHOIS results for familyimmigration2usa.com

Visit AboutUs.org for more information about FAMILYIMMIGRATION2USA.COM
AboutUs: FAMILYIMMIGRATION2USA.COM

**Registrant:**                                        Make this info private
Roth, John

7 Reuten Drive
Suite D2
Closter, NJ 07624
US

**Domain Name:** FAMILYIMMIGRATION2USA.COM

Promote your business to millions of viewers for only $1 a month!
Learn how you can get an Enhanced Business Listing here for your domain name. Learn More

**Administrative Contact , Technical Contact :**
Roth, John
immigration@ttorney.com
7 Reuten Drive
Suite D2
Closter, NJ 07624
US
Phone: 845-623-1100

Record expires on 12-Oct-2010
Record created on 12-Oct-2008
Database last updated on 13-Oct-2008

Domain servers in listed order:                     Manage DNS

NS1.ECOHOSTING.NET                                  207.115.102.5
NS2.ECOHOSTING.NET                                  207.115.102.2

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 174.142.121.100 (ARIN & RIPE IP search) |
| IP Location: | -(-) |
| Lock Status: | clientTransferProhibited |
| DMOZ | no listings |
| Y! Directory: | see listings |
| WebSite Title: | :: John F Roth & Associates :: |
| Data as of: | 23-Apr-2008 |

Make an instant, anonymous offer to the current domain registrant. Learn More



Search Again

Search again here...

Search by either

- **Domain Name** e.g. networksolutions.com
- **IP Address** e.g. 205.178.187.13

[Search]

## WHOIS Searches

- Popular
- Recent

| Domain Name - Total Searches | RSS |
|---|---|
| amazon.com - 6767 | |
| craigslist.com - 4690 | |
| kingsridge.com - 4067 | |
| cisco.com - 3446 | |
| disney.com - 3159 | |
| mchsi.com - 3034 | |
| ibm.com - 2884 | |
| cnn.com - 2558 | |
| nytimes.com - 2161 | |

sbcglobal.net - 25179

« Prev Next »