Matthew A. Kaplan and Nancy E. Wolff
COWAN DeBAETS ABRAHAMS & SHEPPARD, LLP
41 Madison Avenue, 34th Floor
New York, NY 10010
(212) 974-7474
*Attorneys for Plaintiff Masterfile Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MASTERFILE CORPORATION,<br><br>                  Plaintiff,<br><br>v.<br><br>JOHN F. ROTH d/b/a ROTH IMMIGRATION LAW FIRM a/k/a JOHN F. ROTH & ASSOCIATES,<br><br>                  Defendant. | Civil Action No. 10 CV 1148 (JLL)(CCC) |

**STIPULATION OF DISMISSAL**

Plaintiff Masterfile Corporation, by its undersigned counsel, and Defendant John F. Roth d/b/a Roth Immigration Law Firm a/k/a John F. Roth & Associates, appearing *pro se*, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a), that the above-entitled action is dismissed with each party to bear its own costs and attorneys' fees.

Dated: October 29, 2010

| | |
|---|---|
| COWAN DeBAETS ABRAHAMS &<br>    SHEPPARD LLP<br><br>By: _____<br>    Nancy E. Wolff, Esq.<br>    Matthew A. Kaplan, Esq.<br>    41 Madison Avenue, 34th Fl.<br>    New York, New York 10010<br>    *Attorneys for Plaintiff Masterfile Corp.* | JOHN F. ROTH, d/b/a ROTH<br>IMMIGRATION LAW FIRM a/k/a<br>JOHN F. ROTH & ASSOCIATES<br><br>By: _____<br>    John F. Roth, Esq.<br>    7 Reuten Drive, Suite D2<br>    Closter, New Jersey 11545<br>    *Defendant, Pro Se* |