Matthew A. Kaplan and Nancy E. Wolff
COWAN DeBAETS ABRAHAMS & SHEPPARD, LLP
41 Madison Avenue, 34th Floor
New York, NY 10010
(212) 974-7474
*Attorneys for Plaintiff Masterfile Corporation*



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MASTERFILE CORPORATION,

    Plaintiff,

v.

JOHN F. ROTH d/b/a ROTH IMMIGRATION LAW FIRM a/k/a JOHN F. ROTH & ASSOCIATES,

    Defendant.

Civil Action No. 10 CV 1148 (JLL)(CCC)

## STIPULATION OF DISMISSAL

Plaintiff Masterfile Corporation, by its undersigned counsel, and Defendant John F. Roth d/b/a Roth Immigration Law Firm a/k/a John F. Roth & Associates, appearing *pro se*, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a), that the above-entitled action is dismissed with each party to bear its own costs and attorneys' fees.

Dated: October 29, 2010

COWAN DeBAETS ABRAHAMS &
    SHEPPARD LLP

By: _____
    Nancy E. Wolff, Esq.
    Matthew A. Kaplan, Esq.
    41 Madison Avenue, 34th Fl.
    New York, New York 10010
    *Attorneys for Plaintiff Masterfile Corp.*

JOHN F. ROTH, d/b/a ROTH
IMMIGRATION LAW FIRM a/k/a
JOHN F. ROTH & ASSOCIATES

By: _____
    John F. Roth, Esq.
    7 Reuten Drive, Suite D2
    Closter, New Jersey 11545
    *Defendant, Pro Se*

SO ORDERED
DATED: 11-1-10

{A069194.DOC/1}